CATHERINE HODGE, Respondent, v. CITY OF NEW YORK, Appellant.—

No opinion.   Present— Nolan, P. J., Wenzel, MacCrate, Schmidt and Murphy, JJ.

In the Matter of the Accounting of BENJAMIN A. DE ANGELIS, as Administrator of the Estate of ARCANGELO DE ANGELIS, Deceased, Respondent. FLORENCE GROFSICK, Appellant.—

No opinion.   Nolan, P. J., Wenzel, Schmidt, Beldock and Murphy, JJ., concur.

MAJESTIC FACTORS CORPORATION et al., Respondents, v. CITY OF NEW YORK, Defendant, and BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.—

Present — Wenzel, Acting P. J., Schmidt, Beldock, Murphy and Ughetta, JJ.